UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:                                              Chapter 12
                                                    Case No. 3:16-bk-00028-JAF

    TROY M. PEARSON

    RELIABLE DAIRY, LLC                        Jointly Administered with
                                                    Case No. 3:16-bk-00029-JAF

    Chapter 12 Debtors.

_____

### DEBTORS' JOINTLY ADMINISTERED CHAPTER 12 PLAN

The Debtors, Troy M. Pearson and Reliable Dairy, LLC, being jointly administered, submit this Plan in accordance with the provisions of §§ 1201, 1225, et seq., United States Bankruptcy Code:

### Terms, Conditions and Preliminary Matters

I.      The effective date of this Consolidated Chapter 12 Plan shall be the date the Court's Order Confirming Plan is docketed in this case. This provision shall be deemed to include and apply to any Amended or Modified Consolidated Chapter 12 Plan the Debtors may file prior to confirmation.

II.      The date when the first monthly Plan payment to the Chapter 12 Trustee shall commence shall be the 30th day following the effective date of this Consolidated Chapter 12 Plan.

III.      All Plan payments are to be made through the Trustee's Office with certified funds, cashier's checks or money orders to the following address: Douglas W. Neway, Chapter 12 Trustee, Post Office Box 4308, Jacksonville, Florida 32201.

IV.      The Debtors shall furnish the Chapter 12 Trustee with copies of their Federal Form 1040 and 1120s Income Tax Returns no later than May 1 of each year, commencing May 1, 2016. If the Debtors tax return for a particular year is on extension, the Debtors shall so inform the Chapter 12 Trustee and furnish a copy thereof no later than 15 days from the date the extended return is filed.

V.      The Debtors shall submit any tax refund they receive for the tax years ending December 31, 2016, and December 31, 2017, and December 31, 2018, to the Chapter 12 Trustee for distribution to the holders of allowed, unsecured claims in this case subject to the payment of the Chapter 12 Trustee's commission.

1

VI.      The Debtors shall submit an Annual Net Disposable Income Affidavit to the Chapter 12 Trustee for the three year term of this Plan in accordance with the following terms and conditions:

A.      The first Net Disposable Income Affidavit including all income, operating expenses and living expenses shall encompass the period from January 1, 2016, to December 31, 2016.

B.      The Debtors shall submit the Annual Net Disposable Income Affidavit no later than January 31 following the end of the previous calendar year on December 31.

C.      The Chapter 12 Trustee shall review the Debtors' Annual Net Disposable Income Affidavit submitted each year and notify the Debtors within 30 days of receipt of the Annual Net Disposable Income Affidavit of the additional monies to be paid to the Chapter 12 Trustee for distribution to the holders of allowed, unsecured claims in this case subject to the payment of the Chapter 12 Trustee's commission.

D.      The Debtors shall pay the amount determined by the Chapter 12 Trustee as Annual Net Disposable Income no later than 10 days from the date of notification by the Chapter 12 Trustee of the amount referenced in paragraph VI©.

E.      The Debtors shall produce for examination, inspection and copying by the Chapter 12 Trustee such additional records as the Trustee shall deem appropriate including but not limited to tax returns, bank statements, income and expense statements and invoices.

## Treatment of Claims

1.      The future earnings of the Debtor are submitted to the supervision and control of the Trustee, and the Debtor shall pay to the Trustee the sum of $6,000.00  per month over the life of the Plan for a total plan period of three (3) years.

2.      From the payments so received, the Trustee shall make disbursements as follows:

A.      Priority Claims.

1.      The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate of five percent (5%) of the amount of all payments under the Plan.

2.      Any ad valorem property taxes which become due and payable after the date of filing or commencement for this case will be paid directly by the Debtor to taxing authority on an unimpaired basis.

B.      Secured Claims.

1.      Ally Financial,  holds a secured claim [Case No. 3:16-bk-00028-JAF, Claim No. 2-1] in a 2015 Chevrolet VIN: 3GCUKREC3FG351623 having a value of $36,725.00 which shall be paid in equal monthly installments amortized at an interest rate of 5.25% per annum over a 6-year term in equal monthly installments of $595.72.  There will be a balance remaining after completion of the Plan.  The balance after the 36th monthly Plan payment will be paid directly to this creditor in

monthly installments of $595.72 beginning with the 37th monthly Plan payment, and continuing thereafter until all principal and interest is paid in full.

2.      CNH Industrial Capital America, LLC holds a secured claim [Case No. 3:16-bk-00028-JAF, Claim No. 3-1] in a 2014 CaseIH 125A Farmall Tractor with Loader having a secured value according to CNH's appraiser of not less than $72,444.68. The Debtors shall surrender their interest in this property in full satisfaction, release and discharge of the referenced indebtedness.

3.      John Deere Financial holds a secured claim [Case No. 3:16-bk-00028-JAF, Claim No. 4-2] in a EC3200 CV Trailed Rotary Disc Mower in the amount of $4,266.41 which shall be paid in equal monthly installments amortized at an interest rate of 4.75% per annum over a 5-year term in equal monthly installments of $80.02.  There will be a balance remaining after completion of the Plan.  The balance after the 36th monthly Plan payment will be paid directly to this creditor in monthly installments of $80.02 beginning with the 37th monthly Plan payment, and continuing thereafter until all principal and interest is paid in full.

4.      John Deere Financial holds a secured claim [Case No. 3:16-bk-00028-JAF, Claim No. 5-2] in a JD 469 Silage Round Baler in the amount of $20,105.55 which shall be paid in equal monthly installments amortized at the contract interest rate of 0.00% per annum over a 5-year term in equal monthly installments of $335.09.  There will be a balance remaining after completion of the Plan.  The balance after the 36th monthly Plan payment will be paid directly to this creditor in monthly installments of $335.09 beginning with the 37th monthly Plan payment, and continuing thereafter until all principal and interest is paid in full.

5.      John Deere Financial holds a secured claim [Case No. 3:16-bk-00028-JAF, Claim No. 6-2] in a JD 6115D Utility Cab Tractor in the amount of $46,600.91 which shall be paid in equal monthly installments amortized at the contract interest rate of .86% per annum over a 5-year term in equal monthly installments of $793.78.  There will be a balance remaining after completion of the Plan.  The balance after the 36th monthly Plan payment will be paid directly to this creditor in monthly installments of $793.78 beginning with the 37th monthly Plan payment, and continuing thereafter until all principal and interest is paid in full.

6.      John Deere Financial holds a secured claim [Case No. 3:16-bk-00028-JAF, Claim No. 7-2] in a JD 5100 Utility Tractor and JD 553 Loader in the amount of $35,454.65 which shall be paid in equal monthly installments amortized at the contract interest rate of 0.00% per annum over a 5-year term in equal monthly installments of $590.91.  There will be a balance remaining after completion of the Plan.  The balance after the 36th monthly Plan payment will be paid directly to this creditor in monthly installments of $590.91 beginning with the 37th monthly Plan payment, and continuing thereafter until all principal and interest is paid in full.

7.      Harley-Davidson Credit Corporation,  holds a secured claim [Case No. 3:16-bk-00028-JAF, Claim No. 1-1] in a 2008 HD FXDF VIN: 1HD1GY4418K341496 in the amount of $7,383.11 which shall be paid in equal monthly installments amortized at an interest rate of 5.25% per annum over a 5-year term in equal monthly installments of $140.18.  There will be a balance remaining after completion of the Plan.  The balance after the 36th monthly Plan payment will be paid directly to this creditor in monthly installments of $140.18 beginning with the 37th monthly Plan payment, and continuing thereafter until all principal and interest is paid in full.

8.      Drummond Community Bank, holds a secured claim [Case No. 3:16-bk-00028-JAF, No Claim Filed] in the Debtor's real property and mobile homes located Mayo, FL 32066, in the having an agreed secured value of $40,000.00 which shall be paid on an monthly basis amortized at an interest rate of 5.25% per annum over a 10-year term in equal monthly installments of $429.17. There will be a balance remaining after completion of the Plan.  The balance after the 36th monthly Plan payment will be paid directly to this creditor in monthly installments of $429.17 beginning with the 37th monthly Plan payment, and continuing thereafter until all principal and interest is paid in full.

9.      Drummond Community Bank, holds a secured claim [Case No. 3:16-bk-00029-JAF, No Claim Filed] in a 2006 Chevrolet 3500 and 3820 Branson Tractor in the amount of $9,578.10 which shall be paid in equal monthly installments amortized at an interest rate of 5.25% per annum over a 3-year term in equal monthly installments of $288.14.  There will be no balance remaining after completion of the Plan.

10.     C.H. Brown Co. LLC,  holds a secured claim [Case No. 3:16-bk-00028-JAF, No Claim Filed] in a 2008 Freightliner Columbia Truck Tractor VIN: 1FUJA6CK98LZ08578 in the amount of $35,725.00 which shall be paid in equal monthly installments amortized at an interest rate of 5.25% per annum over a 6-year term in equal monthly installments of $579.50.  There will be a balance remaining after completion of the Plan.  The balance after the 36th monthly Plan payment will be paid directly to this creditor in monthly installments of $579.50 beginning with the 37th monthly Plan payment, and continuing thereafter until all principal and interest is paid in full.

11.     C.H. Brown Co. LLC,  holds a secured claim [Case No. 3:16-bk-00028-JAF, No Claim Filed] in a 2008 Freightliner Columbia Truck Tractor VIN: 1FUJA6CK58DAC0046 in the amount of $35,725.00 which shall be paid in equal monthly installments amortized at an interest rate of 5.25% per annum over a 6-year term in equal monthly installments of $579.50.  There will be a balance remaining after completion of the Plan.  The balance after the 36th monthly Plan payment will be paid directly to this creditor in monthly installments of $579.50 beginning with the 37th monthly Plan payment, and continuing thereafter until all principal and interest is paid in full.

12.     Ditech Financial LLC, holds a secured claim [Case No. 3:16-bk-00028-JAF, No Claim Filed] in the Debtors' farm real property located at 929 S SR 51, Mayo, FL 32066, in the amount of $147,747.00 which shall be paid on an monthly basis amortized at an interest rate of 4.75% per annum over a 30-year term in equal monthly installments of $770.72. There will be a balance remaining after completion of the Plan.  The balance after the 36th monthly Plan payment will be paid directly to this creditor in monthly installments of $770.72 beginning with the 37th monthly Plan payment, and continuing thereafter until all principal and interest is paid in full.

13.     Chase Bank, N.A. holds a second priority mortgage lien [Case No. 3:16-bk-00028-JAF, No Claim Filed] in the Debtors' farm real property located at 929 S SR 51, Mayo, FL 32066, which shall receive no distribution because this claim is secured by real property with a value less than the amounts owed to the first mortgage lien [paragraph B12]. The mortgage on the Real Property held by Chase Bank, N.A., shall be deemed void, and shall be extinguished automatically, without further court order, upon entry of the Debtors' discharge in this Chapter 12 case, provided, however, that the Court reserves jurisdiction to consider, if appropriate, the avoidance of Chase Bank, N.A.'s mortgage lien prior to the entry of the Debtors' discharge.

14.     First Federal Bank of Florida, holds a secured claim [Case No. 3:16-bk-00028-JAF, No Claim Filed] in the Debtors' farm real property located at SR 51, Mayo, FL 32066, having a value of $67,500.00 which shall be paid on an monthly basis amortized at an interest rate of 4.75% per annum over a 30-year term in equal monthly installments of $352.11. There will be a balance remaining after completion of the Plan.  The balance after the 36th monthly Plan payment will be paid directly to this creditor in monthly installments of $352.11 beginning with the 37th monthly Plan payment, and continuing thereafter until all principal and interest is paid in full.

15.     Direct Capital Corporation,  holds a secured claim [Case No. 3:16-bk-00029-JAF, No Claim Filed] in a NDE Model 704 Vertical Mixer in the amount $42,000.00. The Debtors shall surrender their interest in this property in full satisfaction, release and discharge of the referenced indebtedness.

16.     US Bank,  holds a secured claim [Case No. 3:16-bk-00028-JAF, No Claim Filed] in a 2006 Dutchman Camper in the amount of $5,638.44 which shall be paid in equal monthly installments amortized at an interest rate of 5.25% per annum over a 5-year term in equal monthly installments of $107.05.  The balance after the 36th monthly Plan payment will be paid directly to this creditor in monthly installments of $107.05 beginning with the 37th monthly Plan payment, and continuing thereafter until all principal and interest is paid in full.

C.      Unsecured Claims.

The Trustee shall distribute all remaining sums pro rata among those unsecured creditors whose claims are timely filed and allowed, including secured creditors who have deficiency claims or whose liens have been avoided.

D.      Other Provisions.

1.      Any unexpired leases or executory contracts which are not assumed pursuant to this Plan shall be deemed rejected pursuant to Section 365 of the Bankruptcy Code on the Petition Date.

2.      Title to all property shall vest in the Debtor upon confirmation of this Plan subject to the liens of creditors to the extent of the value of the property.  Upon successful completion of the Plan payments for secured claims which the Plan contemplates paying in full over the term of the Plan as conclusively evidenced by the filing of the Trustee's Notice of Plan Completion, the secured creditor shall execute and deliver in recordable form a satisfaction, release or discharge of its security interest or lien within ten (10) days from the date of Discharge.

3.      Any creditor's claims [other than governmental units] filed after the claims bar date shall receive no distribution under this Plan unless specifically provided for above.  Governmental units shall have until 180 days from the commencement of the case to file claims, and any claims filed after this date shall receive no distribution under this Plan unless specifically provided for above.

4.      Upon entry of an Order Confirming Plan, the terms of this Plan shall be binding on all creditors whether or not a claim was filed. A creditor listed in the Debtor's Schedules D, E, or F, and those creditors listed on the mailing matrix who fail to file a claim shall receive no distribution and upon completion of the Plan payments, any such claim, liability or indebtedness is discharged. Any creditor receiving notice of this bankruptcy filing who does not file a proof of claim, whether

5

said claim is secured, unsecured or priority claim, shall be deemed discharged, released and of no further force and effect unless filed and allowed in this case.  No creditor will be allowed to add or include any late charges, penalties, default interest or attorney's fees incurred with respect to any claim from the petition date to the date of Confirmation.

5.      Once the Debtor successfully completes this Chapter 12 Plan and a Discharge is entered by the Court, no creditor will be allowed to add or include any late charges, penalties, default interest or attorney's fees with respect to any claim from the date of the instrument or obligation to the date of Discharge.

6.      Upon successful completion of the Plan payments for secured claims which the Plan contemplates paying in full over the term of the Plan, the secured creditor shall execute and deliver in recordable form a satisfaction, release or discharge of its security interest or lien within sixty (60) days from the date of Discharge.  In the event that a creditor fails to timely provide a release of lien or satisfaction of a lien or mortgage, the Debtor may pursue all available rights and remedies in state court or this bankruptcy court including the recovery of attorney's fees in accordance with §701.04, *Florida Statutes*.

7.      The Debtor shall have a period of thirty (30) days following the expiration of the claims deadline or the entry of an Order Confirming Plan, whichever occurs later, within which to object to any claim or seek valuation of any claim pursuant to §506(a), United States Bankruptcy Code.  The terms of the Debtor's plan and any Order Confirming Plan shall not be *res judicata* as to any claim with respect to which the Debtor files an Objection or Motion to Value.

8.      Further, if this case is converted to a case under Chapter 7, or if this Chapter 12 case is involuntarily or voluntarily dismissed, all pre-petition security agreements shall be valid and in full effect as if this case had never been filed.

DATE: April 4, 2016.

THE CHAUNCEY LAW FIRM, P. A.

BY_____*/s/ Anthony W. Chauncey*_____
Anthony W. Chauncey, Esquire
Florida Bar No.  75023
320 White Avenue - Street Address
Post Office Box 548 - Mailing Address
Live Oak, Florida 32064
Telephone:           (386) 364-4445
Telecopier:          (386) 364-4508
Email: awc@chaunceylaw.com
Attorneys for Debtor

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the foregoing was furnished by electronic/email notification or United States Mail, postage prepaid and first class, to Douglas W. Neway, Esquire, Chapter 12 Trustee, Post Office Box 4308, Jacksonville, Florida 32201 and those creditors and interested persons shown on the attached mailing matrices on this 4th day of April, 2016.

THE CHAUNCEY LAW FIRM, P. A.

BY_____/s/ Anthony W. Chauncey_____
Anthony W. Chauncey, Esquire
Florida Bar No.  75023
320 White Avenue - Street Address
Post Office Box 548 - Mailing Address
Live Oak, Florida 32064
Telephone:          (386) 364-4445
Telecopier:          (386) 364-4508
Email: awc@chaunceylaw.com
Attorneys for Debtor

Label Matrix for local noticing
113A-3
Case 3:16-bk-00028-JAF
Middle District of Florida
Jacksonville
Mon Apr  4 14:45:04 EDT 2016

Ally Financial
c/o Andrew W. Houchins, Esq.
P.O. Box 3146
Orlando, FL 32802-3146

C.H. Brown Co., LLC
c/o Perry Law PA
100 Main St., Ste 208
Safety Harbor, FL 34695-3668

Direct Capital Corporation
c/o Emanuel & Zwiebel, PLLC
7900 Peters Road
Building B
Suite 100
Plantation, FL 33324-4045

Ditech Financial LLC
Timothy D. Padgett, P.A.
C/O Evan S. Singer, Esq.
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312-3858

Drummond Community Bank
c/o Allison M. Stocker, Esq.
Akerman LLP
50 North Laura Street, Suite 3100
Jacksonville, FL 32202-3659

First Federal Bank of Florida
c/o Leslie Rushing
1475 Centrpark Blvd., Ste. 130
West Palm Beach, FL 33401-7424

Troy M. Pearson
929 South State Road 51
Mayo, FL 32066-6612

Sunshine Heifers, LLC
c/o Bush Ross, P.A.
P.O. Box 3913
Tampa, FL 33601-3913 US

Aegis Mortgage Corp/State Collections
Attn: Bankruptcy Dept
Po Box 6250
Madison, MI 53716-0250

Ag Pro
Post Office Box 95
Boston, GA 31626-0095

Agri-King Nutrition
Post Office Box 229
Fulton, IL 61252-0229

Ally Financial -
PO Box 130424
Roseville, MN 55113-0004

Ally Financial
Po Box 380901
Bloomington, MN 55438-0901

Ally Financial
Post Office Box 380901
Minneapolis, MN 55438-0901

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Bank od America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

C.H. Brown Co., LLC
Post Office Box 789
Wheatland, WY 82201-0789

CNH Industrial Capital America LLC -
Po Box 3600
Lancaster, PA 17604-3600

Cap One
95 Washington Street
Buffalo, NY 14203-3006

(p)CHAMPION IRRIGATION INC
620 NW HOUSTON AVE
LIVE OAK FL 32064-1632

Chase
P.O. Box 24785
Columbus, OH 43224-0785

Chase Bank
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850-5298

Chase Bank USA
PO Box 15298
Wilmington, DE 19850-5298

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Chrysler Capital
Po Box 961275
Fort Worth, TX 76161-0275

Chrysler Financial Co/TD Auto Finance
Attn: Bankruptcy
Po Box 551080
Jacksonville, FL 32255-1080

Citizens Bank
Attn: Bankruptcy Dept
443 Jefferson Blvd Ms Rjw-135
Warwick, RI 02886-1321

CnH Cap Amer
Post Office Box 292
Racine, WI 53401-0292

| | | |
|---|---|---|
| CnH Cap Amer<br>Post Office Box 3600<br>Lancaster, PA 17604-3600 | Cnh Cap Amer<br>Attn:Bankruptcy<br>Po Box 292<br>Racine, WI 53401-0292 | Crop Production Services<br>Post Office Box 1118<br>Moultrie, GA 31776-1118 |
| Deere & Company -<br>PO Box 6600<br>Johnston, IA 50131-6600 | Direct Capital<br>155 Commerce Way<br>Portsmouth,  03801-3243 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Discover Financial<br>Post Office Box 3025<br>New Albany, OH 43054-3025 | Ditech Financial Llc<br>Po Box 6172<br>Rapid City, SD 57709-6172 | Drummond Community Bank<br>2202 N Young Blvd<br>Chiefland, FL 32626-1914 |
| Drummond Community Bk<br>2202 N Young Blvd<br>Chiefland, FL 32626-1914 | Fia Cs<br>4060 Ogletown/Stanton Rd<br>Newark, DE 19713 | First Federal Bank Of<br>Po Box 2029<br>Lake City, FL 32056-2029 |
| First Federal Bank of FL<br>4705 West US Highway 90<br>Lake City, FL 32055-4884 | Harley Davidson Financial<br>Attention: Bankruptcy<br>Po Box 22048<br>Carson City, NV 89721-2048 | Harley Davidson Financial<br>Post Office Box 22048<br>Carson City, NV 89721-2048 |
| Harley-Davidson Credit Corp. -<br>PO Box 9013<br>Addison, Texas 75001-9013 | Howland Feed Mill<br>Post Office Box 6<br>Live Oak, FL 32064-0006 | Hsbc Bank<br>95 Washington Street<br>Buffalo, NY 14203-3006 |
| Jay Parker & Son<br>10462 South 450 West<br>Silver Lake, IN 46982-9154 | Jeff Blevins<br>Sunshine Heifers L.L.C.<br>3900 S. Lindsay Road<br>Chandler, AZ 85286-9301 | Jim Hinton Oil Company<br>Post Office Box 39<br>Live Oak, FL 32064-0039 |
| John Deere Financial<br>Post Office Box 5328<br>Madison, WI 53705-0328 | Premier Milk, In.c<br>1531 SE 36th Avenue Ste. D<br>Ocala, FL 34471-4936 | Safehome Sec<br>55 Sebethe Drive, Suite 201<br>Cromwell, CT 06416-1054 |
| Southern Silage Supply<br>21944 Southwind Road<br>Andalusia, AL 36421-8567 | Suntrust Bk Central Fl<br>Po Box 4986<br>Orlando, FL 32802-4986 | Suwannee Equipment<br>3869 US 129 North<br>Live Oak, FL 32060-8573 |
| Suwannee Valley Feed<br>617 NE Lancaster Street<br>Trenton, FL 32693-3604 | Synchrony Bank/ JC Penneys<br>Attn: Bankrupty<br>Po Box 103104<br>Roswell, GA 30076-9104 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |

UniFirst
317 NE 2nd Street
Ocala, FL 34470-5851

W B Fleming Company
Post Office Box 1409
Tifton, GA 31793-1409

W R Williams Distributor
1404  East Main Street
Mayo, FL 32066-5621

Wells Fargo Auto Finance
Attn: Bankruptcy  2nd Floor
13675 Technology Dr
Eden Prairie, MN 55344-2252

West Asset
2703 North Highway 75
Sherman, TX 75090-2567

A. Christopher Kasten II +
Bush Ross, P.A.
Post Office Box 3913
Tampa, FL 33601-3913

United States Trustee - JAX 13/7 7 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Eric B Zwiebel +
Eric B Zwiebel, P.A.
Executive Court at Jacoranda
7900 Peters Road, Building B, Suite 100
Plantation, FL 33324-4044

Andrew W Houchins +
Rush Marshall Jones and Kelly
PO Box 3146
Orlando, FL 32802-3146

Douglas W Neway Chapter 12 Trustee +
P O Box 4308
Jacksonville, FL 32201-4308

Anthony W. Chauncey +
The Chauncey Law Firm, PA
Post Office Box 548
Live Oak, FL 32064-0548

Daniel E Etlinger +
Perry Law, P.A.
100 Main Street, Suite 208
Safety Harbor, FL 34695-3668

Allison McElhaney Stocker +
Akerman LLP
50 North Laura Street
Suite 3100
Jacksonville, FL 32202-3659

Leslie Rushing +
Quintairos, Prieto, Wood & Boyer, P.A.
1475 Centerpark Blvd., Suite 130
West Palm Beach, FL 33401-7424

Evan S Singer +
Timothy D Padgett PA
6267 Old Water Oak Road
Suite 203
Tallahassee, FL 32312-3858

A Todd Almassian +
Keller & Almassian, PLC
230 East Fulton Street
Grand Rapids, MI 49503-3211


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


American Honda Finance
Po Box 168088
Irving, TX 75016

Champion Irrigation
620 Houston Ave NW
Live Oak, FL 32064

US Bank
Post Office Box 5229
Cincinnati, OH 45201


(d)Us Bank
Attn: Bankruptcy Dept.
P.O. Box 5229
Cincinnati, OH 45201


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jerry A. Funk
Jacksonville

(d)Ditech Financial, LLC
Post Office Box 6172
Rapid City, SD 57709-6172

(u)stat
Best Case
151218
091506
c
o

(u)stat
Best Case
151218
091506
i
o

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    75
Bypassed recipients     5
Total                  80

Label Matrix for local noticing
113A-3
Case 3:16-bk-00029-JAF
Middle District of Florida
Jacksonville
Mon Apr  4 14:45:54 EDT 2016

C.H. Brown Co., LLC
c/o Perry Law PA
100 Main St., Ste 208
Safety Harbor, FL 34695-3668

Drummond Community Bank
c/o Allison M. Stocker, Esq.
Akerman LLP
50 North Laura Street, Suite 3100
Jacksonville, FL 32202-3659

Reliable Dairy, LLC
929 South State Road 51
Mayo, FL 32066-6612

Sunshine Heifers, LLC
c/o Bush Ross, P.A.
P.O. Box 3913
Tampa, FL 33601-3913 US

Ag Pro
Post Office Box 95
Boston, GA 31626-0095

Agri-King Nutrition
Post Office Box 229
Fulton, IL 61252-0229

Ally Financial
Post Office Box 380901
Minneapolis, MN 55438-0901

(p)CHAMPION IRRIGATION INC
620 NW HOUSTON AVE
LIVE OAK FL 32064-1632

Chase Bank USA
PO Box 15298
Wilmington, DE 19850-5298

CnH Cap Amer
Post Office Box 292
Racine, WI 53401-0292

CnH Cap Amer
Post Office Box 3600
Lancaster, PA 17604-3600

Crop Production Services
Post Office Box 1118
Moultrie, GA 31776-1118

Direct Capital
155 Commerce Way
Portsmouth,  03801-3243

Discover Financial
Post Office Box 3025
New Albany, OH 43054-3025

Ditech Financial, LLC
Post Office Box 6172
Rapid City, SD 57709-6172

Drummond Community Bank
2202 N Young Blvd
Chiefland, FL 32626-1914

Harley Davidson Financial
Post Office Box 22048
Carson City, NV 89721-2048

Howland Feed Mill
Post Office Box 6
Live Oak, FL 32064-0006

Jay Parker & Son
10462 South 450 West
Silver Lake, IN 46982-9154

Jeff Blevins
Sunshine Heifers L.L.C.
3900 S. Lindsay Road
Chandler, AZ 85286-9301

Jim Hinton Oil Company
Post Office Box 39
Live Oak, FL 32064-0039

John Deere Financial
Post Office Box 5328
Madison, WI 53705-0328

Premier Milk, In.c
1531 SE 36th Avenue Ste. D
Ocala, FL 34471-4936

Southern Silage Supply
21944 Southwind Road
Andalusia, AL 36421-8567

Suwannee Valley Feed
617 NE Lancaster Street
Trenton, FL 32693-3604

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

UniFirst
317 NE 2nd Street
Ocala, FL 34470-5851

W B Fleming Company
Post Office Box 1409
Tifton, GA 31793-1409

W R Williams Distributor
1404  East Main Street
Mayo, FL 32066-5621

A. Christopher Kasten II +          United States Trustee - JAX 13/7 7 +       Douglas W Neway Chapter 12 Trustee +
Bush Ross, P.A.                     Office of the United States Trustee        P O Box 4308
Post Office Box 3913                George C Young Federal Building             Jacksonville, FL 32201-4308
Tampa, FL 33601-3913                400 West Washington Street, Suite 1100
                                    Orlando, FL 32801-2210


Anthony W. Chauncey +               Daniel E Etlinger +                        Allison McElhaney Stocker +
The Chauncey Law Firm, PA           Perry Law, P.A.                            Akerman LLP
Post Office Box 548                 100 Main Street, Suite 208                 50 North Laura Street
Live Oak, FL 32064-0548             Safety Harbor, FL 34695-3668               Suite 3100
                                                                               Jacksonville, FL 32202-3659




           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



Champion Irrigation                 US Bank
620 Houston Ave NW                  Post Office Box 5229
Live Oak, FL 32064                  Cincinnati, OH 45201




           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.



(u)Jerry A. Funk                    (u)stat                                    (u)Note: Entries with a '+' at the end of the
Jacksonville                        Best Case                                  name have an email address on file in CMECF
                                    151218                                     --------------------------------------------
                                    091506                                     Note: Entries with a '-' at the end of the
                                    c                                          name have filed a claim in this case
                                    o

End of Label Matrix
Mailable recipients    35
Bypassed recipients     3
Total                  38